MEADOW BROOK NATIONAL BANK OF FREEPORT, Respondent, *v.* LOUIS FERKIN, Appellant.

Submitted January 16, 1952; decided March 6, 1952.

*Louis Ferkin,* in person, and *Harry E. Kreindler* for appellant. *Sidney Friedman* for respondent.

Judgment of Appellate Division reversed and order of Special Term affirmed, with costs in this court and in the Appellate Division. The record before us presents questions of law, which turn upon questions of fact, which should be determined only upon a record made on a full trial of the case. No opinion.

Concur: Loughran, Ch. J., Lewis, Conway, Desmond, Fuld and Froessel, JJ. Dissenting: Dye, J.